ACCEPTED
03-14-00570-CR
6696760
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/28/2015 10:56:09 AM
JEFFREY D. KYLE
CLERK

**RICHARD E. WETZEL**
ATTORNEY AT LAW

1411 WEST AVENUE, SUITE 100
AUSTIN, TX 78701
(512) 469-7943

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/28/2015 10:56:09 AM
JEFFREY D. KYLE
Clerk

Board Certified Criminal Law
And Criminal Appellate Law by
The Texas Board of Legal Specialization

(512) 469-5484 fax
wetzel_law@1411west.com
www.TexasCriminalAppealsLawyer.com

August 28, 2015

Jeffrey Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, TX
78711-2547

  Re: Crayton v. State, No. 03-14-00570-CR, in the Third Court of Appeals

Dear Clerk Kyle:

  I am in receipt of your notice of August 27, 2015, indicating argument and submission in the above on October 7, 2015, at 1:30 pm. I will be present to argue on behalf of Mr. Crayton. I have sent a copy of this letter to counsel for the State, ACDA Clayten Hearrell at hearrc@co.comal.tx.us

  Thank you for your attention and cooperation in this matter.

       Sincerely,

       /s/ Richard E. Wetzel
       Richard E. Wetzel
       Attorney at Law